UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Calico Industries, Inc., | ) | Case No. 17-22281-RDD |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATEMENT OF UNCLAIMED DIVIDENDS

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 16 | AEP Industries Inc.<br>P.O. Box 205637<br>Dallas, TX 75320-5637 | 87,113.60 | 16,982.55 |
| 72 | Cabot IV-MD1W12, LLC<br>c/o Casey Cantrell Swartz, Taft Law,<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202 | 350,345.33 | 68,298.84 |

Dated: October 7, 2020    /s/ Marianne T. O'Toole
MARIANNE T. O'TOOLE
Chapter 7 Trustee
22 Valley Road
Katonah, NY 10536
(914) 232-1511